# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DANIEL L. JOHNSON,** | ) |
| Plaintiff, | ) |
| v. | ) No. CIV 18-152-RAW-SPS |
| **MARTY GARRISON, et al.,** | ) |
| Defendants. | ) |

## OPINION AND ORDER

Plaintiff Daniel L. Johnson appealed the Opinion and Order dismissing this action to the Tenth Circuit Court of Appeals. The appellate court affirmed in part, and reversed and remanded for further proceedings concerning Plaintiff's Grievance No. 2016-1001-00106-G. *Johnson v. Garrison*, No. 19-7018, slip op. at 12 (10th Cir. Mar. 24, 2020) (Dkt. 39).

**ACCORDINGLY,** Defendants are directed to file within twenty-one (21) days a response to the remanded issue. Plaintiff is granted twenty-one (21) days to file a reply to Defendants' response, if appropriate.

**IT IS SO ORDERED** this 17th day of April 2020.

Ronald A. White
United States District Judge
Eastern District of Oklahoma