AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

**AMENDED JUDGMENT IN A CIVIL CASE**

DANIEL L. JOHNSON

V.

MARTY GARRISON, et al.,   Case Number:   CIV-18-152-RAW-SPS

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is hereby entered for the defendants and against the plaintiff.

3/19/2021                                            PATRICK KEANEY
Date                                                  Clerk

                                                     s/ A Green
                                                     (By) Deputy Clerk